# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>GUY L. GIUFFRE<br>     Debtor. | CHAPTER 13<br><br>Case No. 15-14223-JNF |
| GUY L. GIUFFRE,<br><br>     Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST OPT-5,<br><br>     Defendant. | Adversary Proceeding<br><br>Case No. 16-01095-JNF |

## ASSENTED-TO MOTION TO EXTEND
## DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Defendant, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 ("Defendant") in the above matter, with the assent of the plaintiff-debtor, Guy L. Giuffre ("Debtor"), respectfully requests that this Court extend the time in which the Defendant is required to respond to the Debtor's Verified Complaint filed in this adversary proceeding by thirty (30) days to August 5, 2016. In support of this Assented-to Motion, the Defendant states:

1. Debtor commenced this adversary proceeding on or about June 5, 2016.

2. A summons was issued by this Court on June 6, 2016, with a response deadline of July 6, 2016, for Defendant to respond to the Debtor's Verified Complaint [Doc. No. 2].

3. Defendant has requested an extension of time to respond to the Verified Complaint to allow it to prepare an informed response.

4. Debtor has assented to an extension of time for the Defendant to respond to the Complaint up to and including August 5, 2016.

34645621v1 0987652

5. This is the first extension the Defendant has requested in this adversary proceeding. The extension is in the interest of justice and will cause no undue delay.

6. The Defendant submits that this Assented-to Motion is "a motion to which all affected parties in interest have consented" pursuant to M.L.B.R. 9013-1(e)(2)(B). Accordingly, the Court may allow this Assented-to Motion prior to the expiration of any applicable objection period and without a hearing.

**WHEREFORE**, Defendant Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5, with the assent of Debtor, Guy L. Giuffre, respectfully request that this Court (1) grant this Assented-to Motion; (2) extend the time for the Defendant to respond to the Verified Complaint through and including August 5, 2016; and (3) grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5,

By: Its Attorneys,

*/s/ Hale Yazicioglu*
Justin M. Fabella, BBO #654859
Hale Yazicioglu, BBO # 679480
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000 (phone)
617-213-7001  (facsimile)
Email: jfabella@hinshawlaw.com
         hyazicioglu@hinshawlaw.com

Dated: July 5, 2016

2

34645621v1 0987652

**ASSENTED TO**:

GUY L. GIUFFRE,

By his attorney,

*/s/ David G. Baker*
David G. Baker, BBO # 634889
236 Huntington Avenue, Suite 306
Boston, MA 02115
617-340-3680
Email: david@bostonbankruptcy.org

## CERTIFICATE OF SERVICE

    I, Hale Yazicioglu, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on July 5, 2016.

                                                        */s/ Hale Yazicioglu*
                                                        Hale Yazicioglu

34645621v1 0987652