07/05/2016 Allowed [signature: Joan N. Feeney]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>GUY L. GIUFFRE<br><br>　　　　　　Debtor. | CHAPTER 13<br><br>Case No. 15-14223-JNF |
| GUY L. GIUFFRE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST OPT-5,<br><br>　　　　　　Defendant. | Adversary Proceeding<br><br>Case No. 16-01095-JNF |

**ASSENTED-TO MOTION TO EXTEND**
**DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Defendant, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 ("Defendant") in the above matter, with the assent of the plaintiff-debtor, Guy L. Giuffre ("Debtor"), respectfully requests that this Court extend the time in which the Defendant is required to respond to the Debtor's Verified Complaint filed in this adversary proceeding by thirty (30) days to August 5, 2016. In support of this Assented-to Motion, the Defendant states:

1. Debtor commenced this adversary proceeding on or about June 5, 2016.

2. A summons was issued by this Court on June 6, 2016, with a response deadline of July 6, 2016, for Defendant to respond to the Debtor's Verified Complaint [Doc. No. 2].

3. Defendant has requested an extension of time to respond to the Verified Complaint to allow it to prepare an informed response.

4. Debtor has assented to an extension of time for the Defendant to respond to the Complaint up to and including August 5, 2016.

34645621v1 0987652